PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | James Allen Baimbridge | Case Number: | 4:20CR00622-001 |

Name of Sentencing Judge:   The Honorable Sam R. Cummings

Name of Assigned Judge:   The Honorable David Hittner

Date of Original Sentence:   September 19, 2014

Original Offense:   Convicted Felon in Possession of a Firearm; 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   63 months imprisonment followed by three years of supervised release; $100 special assessment. Special conditions: drug treatment, mental health treatment, alcohol abstinence, and forfeit property seized during investigation.

Type of Supervision:   Supervised Release      Supervision Started:   April 16, 2019

---

### EARLIER COURT ACTION

November 17, 2020:  The Court was notified regarding Mr. Baimbridge admitting to abusing alcohol, cocaine, and suboxone during the month of October 2020 with last usage being October 28, 2020. Mr. Baimbridge was returned to outpatient treatment services for co-occurring disorders.

November 24, 2020:  A Transfer of Jurisdiction was completed from the Northern District of Texas – San Angelo Division (Docket No. 6:14CR00020-001) and assigned to The Honorable David Hittner in the Southern District of Texas – Houston Division.

January 21, 2021:  The Court granted approval to place Mr. Baimbridge in an inpatient treatment facility to address his recent relapse and abuse of alcohol, cocaine, and prescription opiates.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

RE: James Allen Baimbridge  2
Dkt. No. 4:20CR00622-001

**Violation Number**  **Nature of Noncompliance**

1  Drug Possession, Usage, Distribution, or Administration

On or about January 19, 2021, James Baimbridge submitted a urine sample at Cenikor Foundation that returned positive for cocaine from the Regional Drug Testing Laboratory. Baimbridge admits to relapsing, using cocaine, with last reported usage being on or about January 18, 2021.

2  Failure to Abstain from Alcohol

On or about January 27, 2021, James Baimbridge admitted to U.S. Probation Officer Jennifer Martin that he had relapsed and was drinking alcohol with last reported usage being on or about January 18, 2021.

**U.S. Probation Officer Action:**

James Baimbridge relapsed in the Fall of 2020 and was returned to outpatient treatment to address co-occurring disorders. Unfortunately, Baimbridge recently relapsed again, admitting he was abusing alcohol, cocaine, and his prescription opiate medication. Baimbridge requested further help and was placed into inpatient drug treatment. Initially he was assigned to the detox unit on January 19, 2021 and now has transitioned to inpatient services where he is receiving individual and group counseling in a restricted environment. It is respectfully requested that the Court take no further action at this time to allow Baimbridge to address his addiction via inpatient drug treatment for the next 45 days. Baimbridge's term of supervised release does not expire until April 2022 and he will continue to be monitored in treatment as well as with urinalyses.

Approved:  Respectfully submitted,

*[signature]*  By: *[signature]*
Kim B. Lucas, Supervising  Jennifer Martin
United States Probation Officer  United States Probation Officer

Name of Offender: James Allen Baimbridge
Case Number: 4:20CR00622-001
Page Number: 3

---

THE COURT ORDERS:

[X]  No Action

[ ]  Extended Supervision as Noted

[ ]  Modify Conditions as Noted

[ ]  Other:

_____
David Hittner
Senior U.S. District Judge

2/4/21
_____
Date